RECORDING REQUESTED BY

ORDER #

WHEN RECORDED MAIL TO

Name: JEANETTE WOO
Street Address: 342 Ney Street
City & State: San Francisco, CA 94112

___ SPACE ABOVE THIS LINE FOR RECORDER'S USE ___

# FULL RECONVEYANCE

WALTER A.Y.H. CHINN, CLERK, UNITED STATES DISTRICT COURT DISTRICT OF HAWAII, as duly appointed Trustee under Deed of Trust hereinafter referred to, having received from holder of the obligations thereunder a written request to reconvey, reciting that all sums secured by said Deed of Trust have been fully paid, and said Deed of Trust and the note or notes secured thereby having been surrendered to said Trustee for cancellation, does hereby RECONVEY, without warranty, to the person or persons legally entitled thereto, the estate now held by it hereunder. Said Deed of Trust was executed by JEANETTE WOO

_____ as original Trustor,

and recorded on March 11, 2004, in Book/Reel _____, at Page/Image _____,
Series Number 2004H684136 of Official Records of San Francisco County, California.

Dated February 16, 2006

TRUSTEE

[signature]
Sue Beitia, Clerk
United States District Court
District of Hawaii

STATE OF ~~CALIFORNIA~~ Hawaii
COUNTY OF Honolulu

On February 16, 2006 before me, the undersigned, a Notary Public in and for said State, personally appeared Sue Beitia, Clerk United States District Court District of Hawaii personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature [signature]
Name Eileen Chun Sakoda
Notary Public (typed or printed) Hawaii
My commission expires: 3-20-2007

(This area for official notarial seal)

FTGIS-570 8/92