RECORDING REQUESTED BY

ORDER #
APN

WHEN RECORDED MAIL TO

Name: ANN YUET LEE aka YUET CHING LEE
Street Address: 283-285 Lexington Street
City & State: San Francisco, CA 94110

—— SPACE ABOVE THIS LINE FOR RECORDER'S USE ——

## SUBSTITUTION OF TRUSTEE

WHEREAS, ANN YUET LEE aka YUET CHING LEE _____ was the original Trustor,

TRUSTORS SECURITY SERVICE _____ was the original Trustee, and

WALTER A.Y.H. CHINN, CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII was the original Beneficiary under that certain Deed of Trust dated March 24, 2004 and recorded on March 24, 2004, in Book/Reel _____, at Page/Image _____,
Series Number 2004H684136 of Official Records of San Francisco County, California, and

WHEREAS, the undersigned is Trustor or the present record owner of the property described in and covered by said Deed of Trust, and

WHEREAS, the undersigned Beneficiary is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place and stead of said original Trustee thereunder,

NOW, THEREFORE, the undersigned hereby substitutes
WALTER A.Y.H. CHINN, CLERK, UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF HAWAII

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated February 16, 2006

TRUSTOR OR PRESENT RECORD OWNER

BENEFICIARY

_Sue Beitia_, Clerk
United States District Court
District of Hawaii

### TRUSTOR/OWNER ACKNOWLEDGMENT

STATE OF CALIFORNIA
COUNTY OF _____

On _____ before me, the undersigned, a Notary Public in and for said State, personally appeared _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature _____
Name _____
(typed or printed)

### BENEFICIARY ACKNOWLEDGMENT

STATE OF ~~CALIFORNIA~~ HAWAII
COUNTY OF HONOLULU

On February 16, 2006 before me, the undersigned, a Notary Public in and for said State, personally appeared Sue Beitia, Clerk United States District Court, District of Hawaii

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature _____
Name Eileen Chun (typed or printed) Jakola
Notary Public, State of Hawaii
My Commission expires: 3-24-2005

(This area for official notarial seal)

30 12/91