# LAW OFFICE OF TONY TAMBURELLO

214 Duboce Avenue, San Francisco, California 94103

Phone: (415) 431-4500
Fax: (415) 255-8631

June 20, 2006

**VIA FEDERAL EXPRESS**

George Bartels
Clerk of The Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard
Honolulu, HI   96850

        Re:    <u>United States v. Fred Velasquez</u>
                **U.S.D.C. No. CR 04-0091 HG**

Dear Mr. Bartels:

As we discussed and so that the owners of the property may have clear title, I am requesting that you execute the enclosed deed of reconveyance for the respective property and return it to me in the envelope provided. Thereafter, we will file them with the property county recorder.

Thank you and if you have any questions please feel free to contact me.

Sincerely,

*Gretchen Boland*

Gretchen Boland

Encl.
cc:    Jeannette Woo